JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ROSE, | ) Case No.: 2:13-cv-05191 GAF (Ex) |
| Plaintiff, | ) Hon. Gary A. Feess |
| v. | ) **Civil Rights** |
| CITY OF PASADENA; TOURNAMENT OF ROSES ASSOCIATION; AMERICAN UNITED SALE CORP., d/b/a/ SHARP SEATING; EASY PARKING SERVICE; AND DOES 1-10 inclusive, | ) **ORDER FOR SETTLEMENT AGREEMENT OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF AND DAMAGES UNDER TITLES II AND III OF THE ADA** |
| Defendants. | ) [Filed concurrently with Settlement Agreement and Stipulation for Settlement of Plaintiff's Claims Under Titles II and III of the ADA] |
| | ) Trial Date: January 13, 2015 |

# ORDER

PURSUANT TO Stipulation and for good cause shown, the SETTLEMENT AGREEMENT and ATTACHMENT A signed by Plaintiff, JON ROSE and Defendants, CITY OF PASADENA; TOURNAMENT OF ROSES ASSOCIATION; AMERICAN UNITED SALE CORP., d/b/a SHARP SEATING; and EASY PARKING SERVICE and filed with this Court, is so ordered.

DATED: November 14, 2014

JS-6

_____
HON. GARY A. FEESS
United States District Judge

---

ORDER TO FOR SETTLEMENT AGREEMENT OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF AND DAMAGES UNDER TITLES II AND III OF THE ADA
Case No.: 2:13-cv-05191-GAF-E                                                                 2